IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:23-CR-00018-001(TES) |
| **JONATHAN NEAL DEATON** | |

### ORDER

On June 3, 2021, the above-named defendant was sentenced in the Western District of North Carolina to 48 months custody followed by a three-year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846. Deaton commenced supervision on March 28, 2023. Jurisdiction was transferred to the Middle District of Georgia on August 11, 2023.

On September 28, 2023, a Petition for Warrant or Summons for Offender Under Supervision was filed, as it was alleged Deaton violated the terms of supervised release as outlined in the Petition.

For good and sufficient cause, it is now ordered that the Petition be dismissed.

SO ORDERED this 4 day of Dec, 2023.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE

Prepared by: JAF